| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |
|---|---|

LONNIE WOOTEN, JR., §
§
      Plaintiff, §
§
*versus* §   CIVIL ACTION NO. 1:25-CV-406
§
STEVE THOMAS, §
§
      Defendant. §

## MEMORANDUM ORDER OVERRULING OBJECTIONS AND ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Plaintiff Lonnie Wooten, Jr., proceeding *pro se*, filed the above-styled civil rights lawsuit pursuant to 42 U.S.C. § 1983 against Steve Thomas.  The court previously referred this matter to the Honorable Christine L. Stetson, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to 28 U.S.C. § 636 and orders of this court.  The magistrate judge has submitted a Report and Recommendation of United States Magistrate Judge recommending this matter be dismissed for seeking monetary relief from a defendant immune from such relief.

The court has received the Report and Recommendation, along with the record, pleadings, and all available evidence.  Plaintiff filed objections to the magistrate judge's Report and Recommendation.  The court must therefore conduct a *de novo* review of the objections in relation to the pleadings and the applicable law.

The defendant is a state district judge who is presiding over a criminal cases involving plaintiff.  The magistrate judge concluded that to the extent plaintiff sought monetary damages, the defendant was entitled to absolute judicial immunity.  With respect to plaintiff's request that the state criminal charge against him be dismissed, the magistrate judge stated that such relief could only be pursued via a petition for writ of habeas corpus.  The magistrate judge noted plaintiff has a petition pending before this court.  *Wooten v. Sheriff, Hardin County*, No. 1:25cv378 (E.D. Tex.).

In his objections, plaintiff states he was not aware a judicial officer has immunity from monetary damages. Plaintiff also states that in connection with his petition for writ of habeas corpus, he recently received a copy of General Order 25-06. He asserts that as proceedings in his habeas petition are stayed, he should be allowed to proceed with this action.

General Order 25-06 relates to the recent lapse in appropriations. It provides that all cases in which the United States or an employee of the United States is a party are stayed. As neither the United States nor an employee of the United States is a party to plaintiff's habeas petition, General Order 25-06 does not apply to the petition. The court notes that a copy of General Order 25-06 was filed in plaintiff's habeas petition. The docket sheet in that matter states that the General Order was filed in that case in error.

The court agrees with the conclusions of the magistrate judge regarding this matter. As General Order 25-06 does not apply to plaintiff's habeas petition, his objections are without merit.

## ORDER

Accordingly, the objections filed by plaintiff (#8) are **OVERRULED**. The findings of fact and conclusions of law set forth in the report of the magistrate judge (#4) are correct, and the report of the magistrate judge is **ADOPTED**. A final judgment shall be entered dismissing this lawsuit.

SIGNED at Beaumont, Texas, this 28th day of October, 2025.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE