| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |
|---|---|

LONNIE WOOTEN, JR., §
§
    Plaintiff, §
§
*versus* § CIVIL ACTION NO. 1:25-CV-406
§
STEVE THOMAS, §
§
    Defendant. §

## FINAL JUDGMENT

    This action came on before the court, and the issues having been duly considered and a decision having been duly rendered, it is

    **ORDERED** that plaintiff take nothing and that this lawsuit is **DISMISSED** for seeking monetary relief from a defendant immune from such relief.

    All motions not previously ruled on are **DENIED**.

  SIGNED at Beaumont, Texas, this 28th day of October, 2025.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE